UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-24585-CV-UNGARO

UNITED STATES OF AMERICA,
*ex. rel.,*

BRUCE JACOBS,

        Plaintiff,

vs.

BANK OF AMERICA CORPORATION, *et al.*,

        Defendants.

_____

### PLAINTIFF-RELATOR'S MOTION TO FILE SECOND AMENDED COMPLAINT UNDER SEAL

**COMES NOW**, Plaintiff-Relator BRUCE JACOBS ("Relator"), by and through Relator's attorneys, JACOBS KEELEY, P.L.L.C., THE LS LAW FIRM, P.A., LAW OFFICES OF BENEDICT P. KUEHNE, P.A. and HABER SLADE, P.A., pursuant to 31 USC § 3730(b) and Local Rule 5.4, hereby files this Motion to file a Second Amended Complaint in this action under seal for the grounds raised herein:

    1.    The primary purpose of sealing requirements of 31 USC 3730 § 3730(b) is to balance the qui tam relator's interest in initiating the lawsuit with the Government's interest in investigating the relator's claim and potentially intervening or alternatively pursuing a possible criminal case.

    2.    The undersigned has shared new information and drafts of the Second Amended Complaint with the government but the final draft, to be filed today, has not been shared yet with the government as it is still being finalized.

3.      In order to err on the side of caution, the undersigned respectfully requests leave of court to file the Second Amended Complaint under seal and that such seal be effective for sixty (60) days or until the government formally expresses their interest or disinterest in intervening under the new Second Amended Compliant.

WHEREFORE, for the grounds raised herein, the Relator by and through his undersigned counsel would respectfully request that this Honorable Court GRANT the instant Motion thereby allowing the Second Amended Complaint to be filed under seal pursuant to 31 USC § 3730(b) and Local Rule 5.4.

Date:  January 4, 2017                                  Respectfully submitted,

/s/  Court E. Keeley
Court E. Keeley, B.C.S.
**Jacobs Keeley, P.L.L.C.**
Alfred I. DuPont Building
169 East Flagler St., Suite 1620
Miami, FL 33131
Keeley@JAKElegal.com
Efile@JAKElegal.com
Tel:    (305) 358-7991
Fax:   (305) 358-7992
*Lead Counsel for Plaintiff-Relator*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 4th day of January 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/  Court E. Keeley
Court E. Keeley, B.C.S.

## SERVICE LIST
*United States of America, Ex. Rel., Bruce Jacobs vs. Bank of America Corporation, et.al.*
Case No. 1:15-cv-24585-Ungaro
United States District Court, Southern District of Florida

| | |
|---|---|
| **Jacobs Keeley, P.L.L.C.**<br>Court E. Keeley, B.C.S.<br>Bruce Jacobs, Esq.<br>Alfred I. DuPont Building<br>169 East Flagler St., Suite 1620<br>Miami, FL 33131<br>Keeley@JAKElegal.com<br>Jacobs@JAKElegal.com<br>Efile@JAKElegal.com<br>Tel:   (305) 358-7991<br>Fax:   (305) 358-7992<br>*Lead Counsel for Plaintiff Relator* | **Wilmer Cutler, Pickering, Hale & Dorr, L.L.P.**<br>Mathew T. Martens, Esq. (*pro hac vice*)<br>Philip Randolph Seybold. Esq. (*pro hac vice*)<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Matthew.Martens@WilmerHale.com<br>Randy.Seybold@WilmerHale.com<br>Tel:   (202) 663-6000<br>Fax:   (202) 663-6363<br>*Lead Counsel for Defendants* |
| **The LS Law Firm**<br>Lilly Ann Sanchez, Esq.<br>Four Seasons Tower<br>1441 Brickell Ave., Suite 1200<br>Miami, FL 33131<br>LSanchez@TheLSfirm.com<br>Tel:   (305) 503-5503<br>Fax:   (305) 503-6801<br>*Co-Counsel for Plaintiff-Relator* | **Liebler, Gonzalez & Portuondo**<br>J. Randolph Liebler, Esq.<br>Christine Manzo, Esq.<br>44 W. Flagler St., Suite 2500<br>Miami, FL 33130<br>JRL@LGPlaw.com<br>CMM@LGPlaw.com<br>Tel:   (305) 379-0400<br>Fax:   (305) 379-9626<br>*Co-Counsel for Defendants* |
| **Law Office of Benedict P. Kuehne, P.A.**<br>Benedict P. Kuehne, B.C.S.<br>100 S.E. 2nd Street, Suite 3550<br>Miami, Florida 33134-2154<br>Ben.Kuehne@KuehneLaw.com<br>Efiling@KuehneLaw.com<br>Tel:   (305) 789-5989<br>Fax:   (305) 789-5987<br>*Co-Counsel for Plaintiff-Relator* | **Office of the United States Attorney**<br>James A. Weinkle, Esq.<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br>James.Weinkle@USDOJ.gov<br>Tel:   (305) 961-9290<br>Fax:   (305) 530-7139<br>*Counsel for United States* |
| **Haber Slade, P.A.**<br>David B. Haber, Esq.<br>Roger Slade, Esq.<br>201 S. Biscayne Blvd., Suite 1205<br>Miami, Florida 33131<br>DHaber@DHaberLaw.com<br>RSlade@DHaberLaw.com | |

| | |
|---|---|
| Tel:     (305) 379-2400<br>Fax:    (305) 379-1106<br>*Co-Counsel for Plaintiff-Relator* | |