UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-24585-UU

UNITED STATES OF AMERICA *ex rel.*,
BRUCE JACOBS,

      Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

      Defendants.
_____/

### **ORDER TO REOPEN CASE**

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL REOPEN this case.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of January, 2017.

                                                  UNITED STATES DISTRICT JUDGE

copies provided: counsel of record