UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BRUCE JACOBS,                                                    Case No.: 1:15-cv-24585-UU

      Plaintiff,

      v.

BANK OF AMERICA CORPORATION, *et al.*

      Defendants.
_____/

## STIPULATION AND AGREED ORDER REGARDING PLAINTIFF'S DEPOSITION

THIS MATTER is before the Court upon the parties' agreement regarding the date of Plaintiff's depositions and subsequent discovery which Defendants may serve. It is ORDERED AND ADJUDGED that:

1. Plaintiff-Relator Bruce Jacobs shall appear for a deposition on Friday, August 25, 2017, at 9:00 a.m., at Liebler, Gonzalez, and Portuondo, located at 44 West Flagler Street, Courthouse Tower 25th Floor, Miami, FL 33130.

2. Defendants may serve additional discovery requests on Plaintiff-Relator by Monday, August 28, 2017.

3. Plaintiff-Relator shall respond to any such discovery requests by Friday, September 15, 2017.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of August, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record