UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-24585-CV-UNGARO

UNITED STATES OF AMERICA,
*ex. rel.,*

BRUCE JACOBS,

      Plaintiff,

vs.

BANK OF AMERICA CORPORATION, *et al.*,

      Defendants.

_____

## JOINT MOTION TO RESCHEDULE MEDIATION

**COMES NOW**, Plaintiff-Relator BRUCE JACOBS ("Relator"), by and through Relator's counsel and joined by the Defendants through their counsel, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, and hereby file this Joint Motion to Reschedule Mediation for the following reasons:

1. Mediation was set to begin October 4, 2017 in Detroit, Michigan, pursuant to the Court's previous order [D.E. 171].

2. Due to scheduling constraints, the Parties and the mediator have agreed to reschedule the mediation conference in this matter to the date of October 9, 2017 at the JAMS Detroit Resolution Center with the Honorable Gerald Rosen (retired). Should the mediation be conducted on October 9, 2017, the mediation will still be in compliance with the Court's Order of Referral to Mediation [D.E. 125].

3. Attached herein as EXHIBIT 1 is a proposed Order Rescheduling Mediation for the Court's consideration.

WHEREFORE, for the grounds raised herein, the Parties would respectfully request that this Honorable Court GRANT the instant Joint Motion to Reschedule Mediation.

Date: September 5, 2017

Respectfully submitted,
/s/ *Court E. Keeley*
Court E. Keeley, B.C.S.
**Jacobs Keeley, P.L.L.C.**
Alfred I. DuPont Building
169 East Flagler St., Suite 1620
Miami, FL 33131
Keeley@JAKElegal.com
Efile@JAKElegal.com
Tel:   (305) 358-7991
Fax:   (305) 358-7992
*Lead Counsel for Plaintiff-Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2017, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Court E. Keeley*
Court E. Keeley, B.C.S.

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that on this the 5th day of September 2017, the undersigned conferred with opposing counsel pursuant to Local Rule 7.1(a)(3) and they are in agreement with this Motion and the relief sought.

/s/ *Court E. Keeley*
Court E. Keeley, B.C.S.

# SERVICE LIST
*United States of America, ex rel., Bruce Jacobs vs. Bank of America Corporation, et.al.*
Case No. 1:15-CV-24585-UU
United States District Court, Southern District of Florida

| | |
|---|---|
| **Jacobs Keeley, P.L.L.C.**<br>Court E. Keeley, B.C.S.<br>Anna Morales, Esq.<br>Alfred I. DuPont Building<br>169 East Flagler St., Suite 1620<br>Miami, FL 33131<br>Keeley@JAKElegal.com<br>Morales@JAKElegal.com<br>Efile@JAKElegal.com<br>Tel:    (305) 358-7991<br>Fax:   (305) 358-7992<br>*Lead Counsel for Plaintiff Relator* | **Wilmer, Cutler, Pickering, Hale & Dorr, L.L.P.**<br>Mathew T. Martens, Esq. (*pro hac vice*)<br>Carl Nichols, Esq. (*pro hac vice*)<br>Rachel Murphy, Esq. (*pro hac vice*)<br>Webb Lyons, Esq. (*pro hac vice*)<br>Andrea Robinson, Esq. (*pro hac vice*)<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>Matthew.Martens@WilmerHale.com<br>Carl.Nichols@WilmerHale.com<br>Rachel.Murphy@WilmerHale.com<br>Webb.Lyons@WilmerHale.com<br>Andrea.Robinson@WilmerHale.com<br>Tel:    (202) 663-6000<br>Fax:   (202) 663-6363<br>*Lead Counsel for Defendants* |
| **The LS Law Firm**<br>Lilly Ann Sanchez, Esq.<br>Four Seasons Tower<br>1441 Brickell Ave., Suite 1200<br>Miami, FL 33131<br>LSanchez@TheLSfirm.com<br>Tel:    (305) 503-5503<br>Fax:   (305) 503-6801<br>*Co-Counsel for Plaintiff-Relator* | **Liebler, Gonzalez & Portuondo**<br>J. Randolph Liebler, Esq.<br>Christine Manzo, Esq.<br>44 W. Flagler St., Suite 2500<br>Miami, FL 33130<br>JRL@LGPlaw.com<br>CMM@LGPlaw.com<br>Tel:    (305) 379-0400<br>Fax:   (305) 379-9626<br>*Co-Counsel for Defendants* |
| **Law Office of Benedict P. Kuehne, P.A.**<br>Benedict P. Kuehne, B.C.S.<br>100 S.E. 2nd Street, Suite 3550<br>Miami, Florida 33134-2154<br>Ben.Kuehne@KuehneLaw.com<br>Michael.Davis@KeuhneLaw.com<br>Efiling@KuehneLaw.com<br>Tel:    (305) 789-5989<br>Fax:   (305) 789-5987<br>*Co-Counsel for Plaintiff-Relator* | **Office of the United States Attorney**<br>James A. Weinkle, Esq.<br>99 N.E. 4th Street, Suite 300<br>Miami, FL  33131<br>James.Weinkle@USDOJ.gov<br>Tel:    (305) 961-9290<br>Fax:   (305) 530-7139<br>*Counsel for the United States of America* |

| **Haber Slade, P.A.**<br>David B. Haber, Esq.<br>Roger Slade, Esq.<br>Jacob Epstein, Esq.<br>Rebecca Casamayor, Esq.<br>201 S. Biscayne Blvd., Suite 1205<br>Miami, Florida  33131<br>DHaber@DHaberLaw.com<br>RSlade@DHaberLaw.com<br>JEpstein@DHaberLaw.com<br>RCasamayor@DHaberLaw.com<br>Tel:     (305) 379-2400<br>Fax:    (305) 379-1106<br>*Co-Counsel for Plaintiff-Relator* | **Kohn Law Group, Inc.**<br>Robert E. Kohn, Esq. (*pro hac vice*)<br>100 Wilshire Boulevard, Suite 700<br>Santa Monica, California  90401<br>RKohn@KohnLawGroup.com<br>Tel:     (310) 917-1011<br>Fax:    (310) 917-1001<br>*Co-Counsel for Plaintiff-Relator* |
|---|---|