UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-24585-UU

BRUCE JACOBS,

    Plaintiff,

        v.

BANK OF AMERICA CORPORATION, *et al.*

    Defendants.

_____/

**JOINT MOTION TO STAY DISCOVERY AND VACATE MEDIATION
PENDING FINAL SETTLEMENT AGREEMENT**

Bank of America Corporation and related entities ("Defendants"), joined by Plaintiff-Relator Bruce Jacobs, submit this motion to stay discovery and vacate the Court's mediation orders pending entry of a final settlement agreement.

1. On October 8, 2017, Plaintiff-Relator and Defendants reached an agreement in principle, reflected in a term sheet, to settle all claims in this case.

2. Pursuant to 31 U.S.C. § 3730(b)(1), this Court and the United States must consent to the settlement and dismissal of this case.

3. Plaintiff-Relator and Defendants are drafting a settlement agreement consistent with the term sheet and will promptly submit the agreement to the United States for its review and consent.

4. The United States has advised that its review will take at least several weeks.

5. Between now and close of discovery next Friday, Plaintiff-Relator and Defendants currently have scheduled eight depositions, including the deposition of a corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6). Conducting those depositions would impose a significant cost on Plaintiff-Relator and Defendants and a significant inconvenience on the witnesses.

6. Accordingly, Plaintiff-Relator and Defendants request that the Court enter an immediate stay of discovery for thirty days to allow Plaintiff-Relator and Defendants time to obtain the United States' consent to the settlement agreement.

7. Further, on Monday, October 9, 2017, Plaintiff-Relator and Defendants are scheduled to attend mediation with the Honorable Gerald Rosen in Detroit, Michigan. Such mediation is unnecessary in light of the proposed settlement agreement. Accordingly, Plaintiff-Relator and Defendants request that the Court vacate its orders of referral to mediation [D.E. 125, 171, 240].

Dated: October 8, 2017

Respectfully submitted,

/s/ Christine M. Manzo
Christine M. Manzo
Florida Bar No. 0052121
cmm@lgplaw.com
LIEBLER, GONZALEZ & PORTUONDO
44 West Flagler Street
Miami, FL. 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

Matthew T. Martens (pro hac vice)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Andrea J. Robinson (pro hac vice)
WILMER CUTLER PICKERING HALE & DORR
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 8th day of October, I electronically caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Christine M. Manzo
      Christine M. Manzo