UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-24585-UU

BRUCE JACOBS,

    Plaintiff,

               v.

BANK OF AMERICA CORPORATION, *et al.*

    Defendants.

_____/

## JOINT STATUS REPORT RE SETTLEMENT AGREEMENT

    Bank of America Corporation and related entities ("Defendants"), joined by Plaintiff-Relator Bruce Jacobs, submit this Status Report as required by the Court. D.E. 246, 250.

    1.    As the Court is aware, on October 31, 2017, the parties completed negotiating the terms of a settlement agreement memorializing the detailed settlement in principle that they had reached previously.

    2.    The following day, November 1, 2017, the parties presented the proposed settlement agreement to the Government for its review and consent.

    3.    The parties understood that the Government would not complete its review of the proposed settlement agreement before December 22, 2017.

    4.    On November 13, 2017, lead counsel for Defendants contacted the Government to inquire if the Government had any additional information as to the status of its review of the parties' settlement agreement.

    5.    The Government responded that it intended to send any proposed revisions to the parties' settlement agreement in the near future.

Dated: November 13, 2017                              Respectfully submitted,

                                                              /s/ Christine M. Manzo
                                                              Christine M. Manzo
                                                              Florida Bar No. 0052121
                                                              cmm@lgplaw.com

               LIEBLER, GONZALEZ &
               PORTUONDO
               44 West Flagler Street
               Miami, FL. 33130
               Telephone: (305) 379-0400
               Facsimile: (305) 379-9626

               Matthew T. Martens (pro hac vice)
               WILMER CUTLER PICKERING
               HALE & DORR LLP
               1875 Pennsylvania Avenue NW
               Washington, DC 20006
               Telephone: (202) 663-6000
               Facsimile: (202) 663-6363

               Andrea J. Robinson (pro hac vice)
               WILMER CUTLER PICKERING
               HALE & DORR
               60 State Street
               Boston, MA 02109
               Telephone:  (617) 526-6000
               Facsimile:  (617) 526-5000

               *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 13th day of November, 2017, I electronically caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                  /s/ Christine M. Manzo
                  Christine M. Manzo