## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.: 1:15-cv-24585-UU

BRUCE JACOBS,

     Plaintiff,

                v.

BANK OF AMERICA CORPORATION, *et al.*

     Defendants.

_____/

### JOINT MOTION TO RESET STATUS CONFERENCE

Bank of America Corporation and related entities ("Defendants"), with the consent of Plaintiff-Relator Bruce Jacobs, submit this motion to reset the December 14, 2017 status conference ordered by the Court.  D.E. 250.

1.     On October 8, 2017, the parties informed the Court that they had reached a settlement agreement in principle and requested that the Court stay discovery for 30 days to allow time for the parties to finalize the settlement agreement and for the Government's review and consent.  D.E. 245.

2.     Later on October 8, 2017, the Court granted a 30-day extension of the discovery deadline.  The Court also ordered Plaintiff to file a Status Report by November 13, 2017, and set a status conference for November 22, 2017, at 10:30 am.  D.E. 246.

3.     On October 31, 2017, the parties completed negotiation of the terms of a settlement agreement memorializing the detailed settlement in principle that they had reached previously.

4.     The following day, November 1, 2017, the parties presented the proposed settlement agreement to the Government for its review and consent.

5.     On November 3, 2017, the parties requested, among other relief, that the Court reset the November 22, 2017 status conference.  D.E. 248.

6.     On November 7, 2017, the Court reset the status conference previously scheduled for November 22, 2017, for Thursday, December 14, 2017, at 1:30 pm.  D.E. 250.

7.     Defendants' counsel had planned to attend the December 14, 2017 status conference telephonically.  On December 11, 2017, Defendants' counsel was advised by chambers that telephonic participation is not permitted.

8.     Lead counsel for the Defendants has a client commitment in New York City, New York, on December 14, 2017.

9.     As of yesterday, the final settlement agreement (which reflects revisions to address comments from Assistant U.S. Attorney James Weinkle), is awaiting final approval from the U.S. Attorney for the Southern District of Florida.  If approved, the parties will then transmit the final agreement to the Court for approval.

10.    In light of the prior commitment of Defendants' lead counsel that is in conflict with the December 14, 2017 status conference, and the parties' expectation that the U.S. Attorney will notify promptly the parties of its approval of the settlement agreement, the parties request that the Court reset the status conference to a date other than December 14, 2017.  Counsel for both parties are available and already will be in Florida on Monday, December 18, 2017 or Tuesday, December 19, 2017.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

I hereby certify that Defendants' counsel conferred with Plaintiff's counsel in good faith regarding the relief sought in this Motion.  Specifically, on December 12, 2017, counsel for Defendants, Matthew T. Martens, conferred by e-mail with counsel for Plaintiff, Lilly Ann Sanchez, regarding the relief requested in this Motion.  Plaintiff's counsel consented to the relief sought.

Dated: December 12, 2017

Respectfully submitted,

/s/ Christine M. Manzo
Christine M. Manzo
Florida Bar No. 0052121
cmm@lgplaw.com
LIEBLER, GONZALEZ &
PORTUONDO
44 West Flagler Street
Miami, FL. 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

Matthew T. Martens (pro hac vice)
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Andrea J. Robinson (pro hac vice)
WILMER CUTLER PICKERING
HALE & DORR
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of December, 2017, I electronically caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Christine M. Manzo
Christine M. Manzo