UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-24585-UNGARO/O'SULLIVAN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> *ex rel.*, **BRUCE JACOBS,** <br><br> Plaintiffs, <br><br> v. <br><br> **BANK OF AMERICA CORPORATION;** <br> **BANK OF AMERICA, N.A.;** <br> **BAC HOME LOANS SERVICING L.P.;** <br> **COUNTRYWIDE HOME LOANS, INC.;** <br> **COUNTRYWIDE FINANCIAL CORPORATION;** <br> **COUNTRYWIDE MORTGAGE VENTURES, L.L.C.;** <br> **COUNTRYWIDE BANK, F.S.B.; and** <br> **RECONTRUST COMPANY, N.A.,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER ON UNITED STATES OF AMERICA'S UNOPPOSED
MOTION TO INTERVENE FOR PURPOSES OF SETTLEMENT**

THIS MATTER is before the Court upon the United States of America's Unopposed Motion to Intervene for Purposes of Settlement.

The Court, having reviewed the United States' motion and supporting memorandum and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

The United States of America's Unopposed Motion to Intervene for Purposes of Settlement is GRANTED.

DONE AND ORDERED in Miami, Florida this \_\_\_\_ day of December, 2017.

_____
**URSULA UNGARO**
**UNITED STATES DISTRICT JUDGE**

**Conformed copies** *to*:
All Counsel