UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-24585-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
*ex rel.*, BRUCE JACOBS,

    Plaintiffs,

v.

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.;
BAC HOME LOANS SERVICING L.P.;
COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE FINANCIAL CORPORATION;
COUNTRYWIDE MORTGAGE VENTURES, LLC.
COUNTRYWIDE BANK, F.S.B.; and
RECONTRUST COMPANY, N.A.,

    Defendants.

### ORDER ON JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(l), and the Joint Stipulation of Dismissal filed by the United States of America, Relator Bruce Jacobs and Defendants Bank of America Corporation; Bank of America, N.A.; BAC Home Loans Servicing L.P.; Countrywide Home Loans, Inc.; Countrywide Financial Corporation; Countrywide Mortgage Ventures, L.L.C.; Countrywide Bank, F.S.B.; and Recontrust Company, N.A. (n/k/a ReconTrust, N.A.), (collectively the "Bank of America Parties" or "Defendants"), it is hereby ORDERED and ADJUDGED as follows:

    1. The 39 civil "Implied Certification and False Statement Claims"[1] against the Bank

---

[1] Relator's Second Amended Complaint alleges False Claims Act ("FCA") violations and unjust enrichment involving the Bank of America Parties' application for and receipt of FHA mortgage insurance payments from the U.S. Department of Housing and Urban Development ("HUD") and the Federal Housing Administration ("FHA"). Jacobs alleges that the Bank of America Parties submitted false claims and made false statements and reports, in violation of the FCA, in two principal ways. First, that the Bank of America Parties allegedly violated the FCA by "prosecut[ing] foreclosures using surrogate signed endorsements placed on original notes," by "submit[ting] false statements and testimony about the dates when endorsements were stamped,"

of America Parties arising from the 39 loans identified in Exhibit FF to Relator's Second Amended Complaint [D.E. 79-32] (hereinafter the "39 Intervened Implied Certification and False Statement Claims") in which the United States intervened in this action are **DISMISSED WITH PREJUDICE.**

2. All other claims that Relator Bruce Jacobs brought or could have brought in this action are **DISMISSED WITH PREJUDICE AS TO RELATOR BRUCE JACOBS.**

3. All claims other than the above-referenced 39 Intervened Implied Certification and False Statement Claims are **DISMISSED WITHOUT PREJUDICE AS TO THE UNITED STATES.**

4. This Court shall retain jurisdiction to enforce the terms, conditions and releases of the Settlement Agreement between the United States, Relator and the Bank of America Parties to the extent reasonably necessary and appropriate.

DONE AND ORDERED in Miami, Florida this 5 day of January, 2018.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

**Conformed copies** *to*:
All Counsel

---

and by "us[ing] purported assignments to the . . . MERS [Mortgage Electronic Registration System, Inc.] . . . to mislead courts into believing that [Defendants] had received an assignment of a mortgage that would confer standing to foreclose." Omnibus Order at 4-5 (internal quotation marks omitted in Order); Jacobs' Second Amended Complaint, ¶ 52) [the "Implied Certification and False Statement Claims"]. Jacobs attached as Exhibit FF to Jacobs' Second Amended Complaint a spreadsheet of 39 "FHA Claims Identified By FHA Case Number With Dates & Amounts Paid To Bank Of America, N.A. and Their Affiliates." On August 4, 2017, the Court limited discovery in this action "to that which is relevant and proportional to proving or disproving the allegations concerning the 39 FHA claims pleaded in [Jacobs]' . . . Second Amended Complaint [D.E. 79] including but not limited to Exhibit FF [D.E. 79-32] thereto." D.E. 223 [the "39 civil "Implied Certification and False Statement Claims""]. Second, Jacobs asserted a reverse false claims act claim (Jacobs' Second Amended Complaint, ¶ 51) and a related conspiracy claim, that this Court dismissed with prejudice.